**R. W. REYNOLDS, Plaintiff-Appellee,**

v.

**Asa D. KELLEY, Jr., Defendant-Appellant.**

**No. 73-2494**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Dec. 11, 1973.

Arthur K. Bolton, Atty. Gen., Courtney W. Stanton, David L. G. King, Jr., Dorothy T. Beasley, Asst. Attys. Gen., Atlanta, Ga., for defendant-appellant.

P. Z. Geer, Jr., D. C. Campbell, Jr., Burt, Burt & Rentz, Albany, Ga., for plaintiff-appellee.

Before BELL, GODBOLD and GEE, Circuit Judges.

PER CURIAM:

It appearing that the matters giving rise to this appeal are moot, the judgment of the district court is vacated and the cause is remanded with direction to dismiss the proceeding as being moot. Cf. United States v. Munsingwear, 1950, 340 U.S. 36, 39–40, 71 S.Ct. 104, 95 L. Ed. 36; Troy State University v. Dickey, 5 Cir., 1968, 402 F.2d 515, 516–517; Lebus, Regional Director v. Seafarers' Int'l Union, 5 Cir., 1968, 398 F.2d 281, 283, on the procedure to be followed by the court of appeals in dismissing a case by reason of mootness.

Vacated and remanded with directions.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.